## CRIMINAL PROCEEDINGS -  Change of Plea

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: Edward J. Lodge  
Case No. 1:18-cr-191-EJL-1  
Time: 2:03 p.m. - 2:24 p.m.  
Location: Boise , Idaho  

Date: October 25, 2018  
Courtroom Deputy:  Sunny Trumbull  
Court Reporter:   Lisa Yant  

**UNITED STATES OF AMERICA vs** Jennifer Fanopoulos

    Counsel for    United States: Christian Nafzger, AUSA  
                       Defendant: Melissa Winberg, Federal Defender

The Court noted for the record that the Court has been advised  the defendant will be entering a plea of guilty to count 27 and 28 of the Indictment.  
Defendant - Sworn  
Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation and his attorney's advise.  
Counsel for the Government stated for the record the elements and evidence of the charge. The defendant understands the maximum penalties and elements of the charge and agree with Mr. Nafzger's statement as to the factual elements.  
Defendant's Constitutional Rights explained and defendant stated he understood his rights.  
Each of Counsel agreed with the maximum penalties as stated by the Court.  
Defendant and counsel advise the change of plea is knowledgeable and voluntary,  have discussed potential defenses and understand the rights which are being given up  and enter a plea of guilty to count 27 and 28 of the Indictment. Counts 1-26 and 29-32 to be dismissed at the time of sentencing.

**Plea accepted.  Sentencing set before Judge Edward J. Lodge: February 14, 2019 at 10:00**  
    Court ordered a presentence investigation report.  
        Original report to Counsel: January 3, 2019  
        Notification of Objections: January 17, 2019  
        Final Report Due: January 31, 2019

Letters for the Court's consideration should be submitted to the Probation Officer along with any Objections.  In the exceptional case where letters are not provided to the Probation Officer before the filing of the final PSR, counsel must file the letters with the Court and such letters must be filed no later than seven (7) days prior to the date of sentencing.

Sentencing memoranda shall be filed no later than seven (7) days prior to the date of sentencing.  If the memoranda contains information that is sensitive or private, then the filing party must file the sentencing memoranda under seal. The filing party must provide the basis for filing the memoranda under seal either in the memoranda itself or in a separate motion to seal.

Counsel shall advise the courtroom deputy at least fourteen(14) days prior to the date of sentencing if a sentencing hearing is expected to last longer than one hour.

Defendant shall remain on release on the same terms and conditions as set by the Magistrate Court.